.J. O. Gibson, Plaintiff in Error, vs. George Leatherbury, Jr., John W. McAlpine and A. J. Peterson as partners under the firm name of Leatherbury, Peterson & Company, Defendants in Error.

Writ of error to Circuit Court, Liberty county; John W. Malone, Judge.

*C. H. B. Floyd,* for Plaintiff in Error.

*W. B. Sheppard,* for Defendants in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. Dismissed for failure to file transcript of record.

Decision Per Curiam.